In the Matter of the Application of MORGAN J. O'BRIEN and Others, as Executors, etc., of JOHN D. CRIMMINS, Deceased, for a Peremptory Writ of Mandamus, etc. Woolsey Avenue, Borough of Queens, City of New York.— Motion denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of LOUIS WINER for Admission to the Bar.— Application granted. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

FRANK OLIVE, Plaintiff, v. MAX LEVY, etc., and Others, Defendants. HOWARD O. PATTERSON, Respondent, v. DAVID J. KATZ and Others, Appellants. JESSIE M. McCURDY, Plaintiff, v. MAX LEVY, etc., and Others, Defendants. HOWARD O. PATTERSON, Respondent, v. DAVID KATZ and Others, Appellants.— Motion for reargument denied. This court did not intend to stay the proceedings in the Municipal Court. It is directed that the orders be resettled accordingly. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ. Settle order on notice before Mr. Justice Manning.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN SULVO and Others, Appellants.— Motion for reargument denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

SYDNEY S. SIMONS, Respondent, v. CHARLES A. BURNS, Appellant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Motion for stay granted, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

JOHN WILKS, Appellant, v. UNITED MARINE CONTRACTING CORPORATION, Respondent.— Motion granted in so far as to state that the reversal was upon the law. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ. Settle order on notice.

JENNIE FREER, Respondent, v. HARRY HOWARD, Sued as HENRY HOWARD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.